FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 23 PM 4:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOHAMED M. BIDAK | CIVIL ACTION |
| VERSUS | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | SECTION "T" |
| | MAGISTRATE (3) |

### JOINT MOTION TO CONTINUE TRIAL AND DISCOVERY/EXPERT DEADLINES

NOW INTO COURT, through undersigned counsel, come the parties, who hereby move jointly to continue the trial date as well as to extend the discovery/expert deadlines previously set by the court in this case. The parties have attempted to conduct discovery in this case but have been hampered by the fact that the plaintiff cannot be located. The plaintiff, a seaman, who is a resident of New Jersey, has not been able to be reached either by telephone or by written correspondence with respect to scheduling his deposition. Counsel is attempting to investigate where plaintiff might be located. In keeping with this, it is also necessary for the parties to move for the discovery and expert witness report deadlines to be extended.

DATE OF ENTRY
OCT 26 2000

Respectfully submitted,

**Gainsburgh, Benjamin, David, Meunier & Warshauer**

_____
**STEVAN C. DITTMAN, No. 16888**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304

and

**McAlpine & Cozad**

_____
**FRANKLIN H. JONES, III**
701 South Peters Street - Suite 300
New Orleans LA 70130
Telephone: (504) 561-0323

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOHAMED M. BIDAK | CIVIL ACTION |
| VERSUS | NO. |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | SECTION " " |
| | MAGISTRATE ( ) |

## ORDER

IT IS HEREBY ORDERED that trial of this case, which had been scheduled to commence on January 8, 2001, is hereby continued. A status conference will be held via telephone on the 2nd day of November, 2000 at 3:00 o'clock p.m. in order to select another trial date as well as to select new discovery and expert report cutoffs.

_____
UNITED STATES DISTRICT JUDGE