

```
         FILED
   U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9  PM 4: 44

LORETTA G. WHYTE
     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOHAMED M. BIDAK | CIVIL ACTION |
| VERSUS | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | SECTION "T" |
| | MAGISTRATE (3) |

### PLAINTIFF'S LIST OF WITNESSES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mohamed M. Bidak, who hereby submits a list of those witnesses that he may call at trial:

1. Mohamed M. Bidak–facts;

2. Mireya F. Moran Bidak–facts;

3. Rene Asupan–facts;

4. Jay M. Roche–facts;

5. Alan Leocadio–facts;

6. Monir A. Dawoud, M.D.–expert medical;

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
Doc.No._8___
```

7.  Any witness whose identity is discovered in ongoing discovery.

8.  Any witnesses listed by defendants and to whom plaintiff does not object.

Respectfully submitted,

**Gainsburgh, Benjamin, David, Meunier & Warshauer**

_____
STEVAN C. DITTMAN, No. 16888
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, properly addressed, postage prepaid, this 9th day of February 2001.

_____
STEVAN C. DITTMAN

-2-