

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 PM 4:44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOHAMED M. BIDAK | CIVIL ACTION |
| VERSUS | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | SECTION "T" |
| | MAGISTRATE (3) |

## PLAINTIFF'S LIST OF EXHIBITS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mohamed M. Bidak, who hereby submits a list of those exhibits that he may introduce at trial:

1. AHL Merchant Marine Wage voucher;

2. Medical records from A.I.M. Medical;

3. Medical records from Kennedy MRI;

4. Medical records from Monir A. Dawoud, M.D.

5. Plaintiff's earnings records;

6. U.S.C.G. Certificate of Discharge;

7. Correspondence with respect to wages; maintenance and cure payments, *en globo*;

8. Medical bills with itemization;



9.  Diagram of deck;

10. Master Collective Bargaining Agreement;

11. Incident report;

12. Witness statements, *en globo*;

13. Investigative report;

14. Any exhibit whose identity is revealed in ongoing discovery.

15. Any exhibit listed by defendant and to which plaintiff does not object.

                Respectfully submitted,

                **Gainsburgh, Benjamin, David,**
                **Meunier & Warshauer**

                */s/ Stevan C. Dittman*
                **STEVAN C. DITTMAN, No. 16888**
                2800 Energy Centre
                1100 Poydras Street
                New Orleans, LA 70163-2800
                Telephone: (504) 522-2304

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, properly addressed, postage prepaid, this ___ day of February 2001.

                */s/ Stevan C. Dittman*
                STEVAN C. DITTMAN