FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 PM 4:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOHAMED M. BIDAK | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | * | SECTION "T" |
| | * | MAGISTRATE 3 |

* * * * * * * * * * * *

### DEFENDANT'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes AHL SHIPPING COMPANY, and submits the following list of witnesses it may call at the trial of this matter:

(1)   Capt. Jere White;

(2)   Eleanor Henneman;

(3)   James Golles;

(4)   Toni Wild;

(5)   John Humphreys;

(6)   Jeffrey Stanley;

(7)   Fredrico Valdez;

(8)   Jay Roche;

(9)   Mohammad Bidak;

(10)  Leocadio Allen;



(11) Michael Distefano;

(12) Nicole Farrell;

(13) Erik Liebold;

(14) John Noonan;

(15) Brian Prendergast;

(16) Joe Byrne;

(17) Rene Asupan;

(18) Amos Idris;

(19) Douglas Leary;

(20) Alberto Archaga;

(21) Ed Bagley;

(22) Pepito Patino;

(23) Donald Armour;

(24) Jose Suazo;

(25) John Markuske;

(26) Jay oche (?);

(27) Gabarra (?);

(28) Dr. Monir Dawoud;

(29) Representative of Summit Health Care Center;

(30) Representative of North Bergen Medical Center (New Jersey);

(31) Representative of AIM Medical;

(32) Representative of Kennedy MRI;

(33) Chris Amos;

(34) Dr. Ken Boudreaux, or any of his associates or partners - expert testimony;

(35) Safety Expert (to be named later) - expert testimony;

(36) any of plaintiff's physicians or other healthcare providers - expert testimony;

        Respectfully submitted,

        McALPINE & COZAD

        _____
        MICHAEL L. McALPINE, T.A. Bar #9195
        FRANKLIN H. JONES, III  Bar #07480
        701 South Peters, Suite 300
        New Orleans, LA 70130
        Tel. #(504) 561-0323
        Attorneys for AHL Shipping Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the U.S. Mail, postage prepaid, this 12 day of February, 2001.

_____

FHJ/smf/54578.1                                                                                              0313/5641