FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 PM 4:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOHAMED M. BIDAK | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | * | SECTION "T" |
| | * | MAGISTRATE 3 |

* * * * * * * * * * * *

### DEFENDANT'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes AHL SHIPPING COMPANY, and submits the following list of exhibits it may introduce at the trial of this matter:

(1)   diagram of the poop deck (Bates No. 900000);

(2)   Master Collective Bargaining Agreement (900002-900040);

(3)   computer printout of information pertaining to plaintiff's claim (900041);

(4)   crew list as of February 7, 1999 (900042);

(5)   Shipping Articles of S.S. Captain H. A. Downing, Particulars of Engagement (900043);

(6)   fax transmission to Affiliated Physicians (900044);

(7)   fax cover sheet to Affiliated Physicians (900045);

(8)   Merchant Marine Personnel Physical Examination Report (900046);

(9)   medical records (900047-48);

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No.____

(10) Fit for Duty Record (900049);

(11) Benzene Exposure Questionnaire (900050);

(12) Pulmonary Function Questionnaire (900051-55);

(13) Opinion regarding medical surveillance for chemicals (900059-61; 900058);

(14) Vacation Benefit Computation Sheets (900067; 900069-70);

(15) AHL Personnel Information Record (900068);

(16) Authorization for Membership Dues Checkoff (900071);

(17) Gulf Ship Services, Inc. invoice (900072);

(18) Merchant Mariner Wage voucher (900073);

(19) AHL-NCAR (900074);

(20) AHL Accident/Witness Log (900075);

(21) statement of Witness Rene Asupan (900076);

(22) statement of Witness Leocadio (900077);

(23) statement of Witness Roche (900078);

(24) AHL Accident Investigation (900079-80);

(25) Health Insurance Claim Forms (900095-114);

(26) copy of check payable to Kennedy MRI (900115);

(27) statements from Kennedy MRI (900116-120);

(28) records of Dr. Dawoud (900121-123);

(29) AIM statement/bills (900124-126);

(30) Job Description - Able Bodied Seamen (9000001);

(31) Log of the Captain H. A. Downing (900128-133);

(32) "Effective Mooring" (approx. 50-page pamphlet or book) (900127);

(33) other medical records of plaintiff's treating physicians and/or healthcare providers;

(34) records of plaintiff's previous or subsequent employers;

(35) other records of AHL Shipping Company;

(36) photographs of the Captain H. A. Downing;

(37) logs and/or records maintained by the Captain H. A. DOWNING;

(38) plaintiff's Social Security records, if any;

(39) plaintiff's earnings records;

(40) Internal Revenue Service records, if any; and

(41) other accident reports, if any.

>Respectfully submitted,
>
>McALPINE & COZAD
>
>_____
>MICHAEL L. McALPINE, T.A. Bar #9195
>FRANKLIN H. JONES, III  Bar #07480
>701 South Peters, Suite 300
>New Orleans, LA 70130
>Tel. #(504) 561-0323
>Attorneys for AHL Shipping Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the U.S. Mail, postage prepaid, this 12 day of February, 2001.

_____

FHJ/smf/54576.1                                                                                      0313/5641