```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF LA

                                                    2001 APR -2  PM 4: 14

              UNITED STATES DISTRICT COURT          LORETTA G. WHYTE
              EASTERN DISTRICT OF LOUISIANA                 CLERK
```

| | |
|---|---|
| **MOHAMED M. BIDAK** | **CIVIL ACTION** |
| **VERSUS** | **00-326** |
| **AMERICAN HEAVY LIFT SHIPPING COMPANY** | **SECTION "T"(3)** |

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement. Accordingly,

**IT IS ORDERED** that this action be, and the same is hereby **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to seek summary judgment enforcing the compromise within sixty (60) days if it is not consummated by that time. With the consent of the parties, this Court retains jurisdiction over the settlement agreement for enforcement purposes.

**IT IS FURTHER ORDERED** that the pretrial conference in the above captioned matter originally set to commence on Thursday, April 12, 2001, at 10:00 A.M., be, and the same is hereby **CANCELED.**

**IT IS FURTHER ORDERED** that the trial in the above captioned matter originally set to commence on Monday, April 30, 2001, at 10:00 A.M., be, and the same is hereby **CANCELED.**

DATE OF ENTRY
APR 3 - 2001

1

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

      Counsel are reminded that if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

      New Orleans, Louisiana, this _____ day of April, 2001.

                                                      G. THOMAS PORTEOUS, JR.
                                                    UNITED STATES DISTRICT JUDGE