

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOHAMED M. BIDAK | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | * | SECTION "T" |
| | * | MAGISTRATE 3 |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff Mohamed M. Bidak, and suggests to this Honorable Court that all issues in the above entitled and numbered suit have been compromised and settled, and moves this Honorable Court to dismiss this suit with prejudice, each party to bear its own costs.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER

DATE OF ENTRY
MAY 2 5 2001

_____
STEVAN C. DITTMAN (Bar #16888)
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Tel. (504) 522-2304; Fax #(504) 528-9973
Counsel for Plaintiff, Mohamed M. Bidak

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2001, a copy of the foregoing pleading has been served upon all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

_____

FHJ/smf/55559.1                                                                                         0313\5641

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOHAMED M. BIDAK | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0326 |
| AMERICAN HEAVY LIFT SHIPPING COMPANY | * | SECTION "T" |
| | * | MAGISTRATE 3 |

* * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Dismiss;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit, including all amendments, third party claims, and all cross-claims, be, and it is hereby, dismissed with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED at New Orleans, Louisiana, this 24th day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

FHJ/smf/55559.1                                                                 0313/5641